Louis GOMEZ, Appellant,

v.

Jeffery A. BEARD, Secretary Pennsylvania Department of Corrections and William Ward, Chairman, Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Sept. 3, 2004.

## ORDER

PER CURIAM.

**AND NOW,** this 3rd day of September, 2004, probable jurisdiction is noted and the order appealed is affirmed.